Adree Edmo
IDOC #94691
P.O. Box 14
Boise, ID 83707
Plaintiff

Case No: _____   Inmate Name: Adree Edmo
Date: 04/06/2017   Inmate IDOC#: 94691
Document Title: Plaintiff's Motion For Temporary Restraining Order & Preliminary Injunction
Total Pages: 2   Inmate Initials Verifying Page Count: AE
Document(s) 1 of 2

## UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF IDAHO

ADREE EDMO,
Plaintiff

v.

IDAHO STATE BOARD
OF CORRECTIONS, et. al.,
Defendants

Case Number _____

PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION ORDER

ADREE EDMO, Plaintiff in above entitled matter, moves this Court to GRANT the following order to show Cause and Temporary Restraining Order ("TRO") based on accompanying Order to Show Cause and Temporary Restraining Order; Declaration in Support of TRO and Preliminary Injunction; and Memorandum of Law in Support of Motion for TRO and Preliminary Injunction.

DATED This 30th day of March 2017.

PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION ORDER — PG. 1

*/s/ A. Edmo*
ADREE EDMO, Plaintiff

## CERTIFICATE OF SERVICE

I, ADREE EDMO, hereby certify I placed a true and correct copy of PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION ORDER into ISCI's Legal Resource's Center for processing into the U.S. Mail addressed to the following:
Dated This 30th day of March, 2017.

[X] U.S. District Court
James A. McClure Fed./Bldg. Courthouse
550 Front St.
Boise, ID 83724

*/s/ A. Edmo*
ADREE EDMO, Plaintiff

PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION ORDER – PG. 2