Case No: _____  Inmate Name: Adree Edmo
Date: 04/06/2017  Inmate IDOC#: 94091
Document Title: Plaintiff's Affidavit in Support of Motion for Temporary Restraining Order
Total Pages: 5  Inmate Initials Verifying Page Count: AE
Document(s) 1 of 5

Adree Edmo
IDOC #94091
P.O. Box 14
Boise, ID 83707-0014
Plaintiff

## UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF IDAHO

ADREE EDMO,
Plaintiff,

v.

IDAHO STATE BOARD OF
CORRECTIONS, et. al.,
Defendants

Case Number

PLAINTIFF'S AFFIDAVIT
IN SUPPORT OF MOTION
FOR TEMPORARY RESTRAIN-
ING ORDER AND PRE-
LIMINARY INJUNCTION

STATE OF IDAHO
County of Ada

Affidavit of Adree Edmo

ADREE EDMO, first being duly sworn upon, deposes and says as follows:

1. I am the Plaintiff in this case. I make this affidavit in support of my motion for TRO and a Preliminary

PLAINTIFF'S AFFIDAVIT IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION - 1

Injunction to ensure I recieve necessary and adequate medical treatment required under the provisions of the Eighth Amendment of Cruel and Unusual Punishment (Inadequate Medical Care), as incorporated by Fourteenth Amendment of the United States Constitution.

2. As set forth in the Complaint in this case, I was not, and am not, provided necessary and adequate medical care of appropriate Cross-Sex (Hormonal Therapy), The "Real-life" experience of living full-time as a female, according to established ("WPATH") Standards of Care, and Sex Reassignment Surgery ("SRS").

3. On two occasions: 09/29/2015, I, first attempted to self-castrate myself, right testicle with a razor blade at the Idaho State Correctional Institution, following, and subsequently on 12/31/2016, the second attempt at self-castrating my right testicle with a razor blade by completely cutting the scrotal sac, and pulling out the entire right testicle resulting in being transported via ambulance to Boise's St. Alphonsus Medical Center for surgery to attempt to repair testicle.

4. Upon arrival back at the Idaho State Correctional Institution ("ISCI"), ISCI's physician's

PLAINTIFF'S AFFIDAVIT IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION – 2

have not and will not provide me any further medical treatment for exascerbating symptoms of Gender Dysphoria ("GD"), only still offering Cross-Sex Hormonal Therapy "per IDOC policy," and nothing further based on individual basis.

5. Such medical treatment is not individualized or based on my particular medical risk profile, but due to contractual agreements between Defendants IDOC and Corizon Health Services, and financial restraints.

6. Other offenders diagnosed with other mental health disorders other than Gender Dysphoria are treated, regardless if such offender had diagnosis prior to incarceration, and upon notification of having disorder other than Gender Dysphoria ("GD").

7. I am denied adequate and appropriate medical care for GD because of my membership of a suspect class, namely, the class of inmates with GD. There is no rational penelogical reason for denial of appropriate and adequate medical care.

For the reasons set forth in the Plaintiff's memorandum of law filed subsequently with this

PLAINTIFF'S AFFIDAVIT IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION - 3

affidavit, the Plaintiff is entitled to a TRO requiring Defendants to arrange for an individualized medical examination, and a plan of treatment by a qualified, prudent, specialist with substantial experience and/or expertise in treating individuals with gender dysphoria, and to a preliminary injunction requiring the Defendants to carry out that plan of treatment by such specialist.

For the foregoing reasons, the Court should GRANT the Plaintiff's motion in all respects.

DATED This ~~13~~ 30th day of ~~March~~ 2017.

_Adree Edmo_ 04/06/2017 AE
Adree Edmo, Plaintiff

SUBSCRIBED AND SWORN TO BEFORE ME This _6_ day of _April_ 2017.

_[signature]_                    8/19/2020
Notary For Idaho              Commission Expires

Mason Edmo AKA Adree Edmo

(SEAL)

[Notary Seal: ALAN STEWART, NOTARY PUBLIC, STATE OF IDAHO]

PLAINTIFF'S AFFIDAVIT IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION - 4

## CERTIFICATE OF SERVICE

I, ADREE EDMO, certify I mailed a true and correct copy of PLAINTIFFS AFFIDAVIT OF SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION ORDER within the ISCI's Legal Resource Centers' mail for processing via U.S. mail addressed to following address:

Dated This 30th day of March 2017.

[X] U.S. District Court
James A. McClure Fed. Bldg./Courthouse
550 Fort Street
Boise, ID 83724

_A. Edmo_
Adree Edmo, Plaintiff

PLAINTIFF'S AFFIDAVIT IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION - 5