UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ADREE EDMO,<br><br>            Plaintiff,<br><br>   v.<br><br>IDAHO STATE BOARD OF CORRECTIONS; IDAHO DEPARTMENT OF CORRECTIONS; CORIZON INC.; KEVIN KEMPF; RICHARD CRAIG; RONA SIEGERT; AARON HOFER; HOWARD KEITH YORDY; SCOTT ELIASON; MURRAY YOUNG; and CATHERINE WHINNERY,<br><br>            Defendants. | Case No. 1:17-cv-00151-REB<br><br>**ORDER GRANTING MOTION TO AMEND and ORDER OF REASSIGNMENT** |

      Plaintiff Adree Edmo, a prisoner in the custody of the Idaho Department of Correction, filed the instant civil rights action on April 6, 2017. Plaintiff has also filed a Motion for Temporary Restraining Order and Preliminary Injunction Order and a Motion for Leave to Amend. (Dkt. 7, 20.)

      **IT IS ORDERED:**

      1.    Because a responsive pleading or Rule 12 motion has not yet been filed in this case, Plaintiff may amend her Complaint once as a matter of course. *See* Fed. R. Civ. P. 15(a)(1). Therefore, Plaintiff's Motion for Leave to Amend (Dkt. 20) is **GRANTED**. The Clerk of Court shall file the

**ORDER GRANTING MOTION TO AMEND and ORDER OF REASSIGNMENT - 1**

Amended Complaint (currently Dkt. 20-1 through Dkt. 20-4) as a separate docket entry in this case.

2. Defendants shall respond to Plaintiff's Amended Complaint, as well as to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction Order, **within 21 days** after entry of this Order.

3. The undersigned does not have jurisdiction to adjudicate Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction Order because not all parties who have appeared have consented to the jurisdiction of a United States Magistrate Judge to conduct all proceedings in this case in accordance with 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73. Accordingly, this case is **REASSIGNED** to the Hon. B. Lynn Winmill, Chief United States District Judge.

DATED: **June 8, 2017**

_Ronald E. Bush_
Honorable Ronald E. Bush
United States Magistrate Judge

**ORDER GRANTING MOTION TO AMEND and ORDER OF REASSIGNMENT - 2**