Craig H. Durham, ISB No. 6428
**FERGUSON DURHAM, PLLC**
223 N. 6th Street, Suite 235
Boise, Idaho 83702
chd@fergusondurham.com
T: 208-345-5183
F: 208-906-8663
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| ADREE EDMO,<br><br>        Plaintiff,<br><br>v.<br><br>IDAHO STATE BOARD OF CORRECTIONS, et al.,<br><br>        Defendants. | Case No. 1:17-cv-00151-BLW<br><br>**ENTRY OF APPEARANCE** |

      Craig H. Durham of Ferguson Durham, PLLC, appears in this case as counsel for the Plaintiff, Adree Edmo. All pleadings and papers should be served on counsel for Ms. Edmo at the contact information provided above.

      DATED this 19th day of June, 2017.

                                <u>/s/ Craig H. Durham</u>

                                FERGUSON DURHAM, PLLC

ENTRY OF APPEARANCE - 1

## CERTIFICATE OF SERVICE

I CERTIFY that on the 19th day of June, 2017, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Dylan Eaton
deaton@parsonsbehle.com

J. Kevin West
kwest@parsonsbehle.com

Attorneys for Corizon Defendants

Brady James Hall
brady@melawfirm.net

Attorney for IDOC Defendants

/s/ Craig H. Durham

ENTRY OF APPEARANCE - 2