Craig H. Durham
Deborah A. Ferguson
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, Idaho 83702
Telephone: (208)-345-5183
Facsimile: (208)-906-8663

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| ADREE EDMO,<br><br>    Plaintiff,<br><br>    v.<br><br>IDAHO STATE BOARD OF CORRECTION, et al.,<br><br>    Defendants. | Case No. 1:17-cv-00151-BLW<br><br>**JOINT MOTION AND STIPULATION TO VACATE AND RESET DEADLINES** |

Based on the Court's Initial Review Order in which the Court granted Plaintiff's motion for the appointment of counsel (Dkt. 12, p. 20), and based on counsel's recent appearance for Plaintiff (Dkts. 26, 27), the parties stipulate and move the Court to vacate and reset the current case management deadlines, as follows:

JOINT MOTION AND STIPULATION TO VACATE AND RESET DEADLINES - 1

1.     The current deadline of June 29, 2017, for Defendants to file answers to Plaintiff's Amended Complaint (Dkt. 25) and responses to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction Order (Dkt. 7) should be vacated.

2.     The parties consent to Plaintiff filing a second amended complaint on or before September 1, 2017.

3.     Defendants shall file their answers within 21 days of service of a second amended complaint.

4.     Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction Order (Dkt. 7) will be withdrawn, without prejudice to refiling at a later date.

DATED THIS 22nd day of June, 2017.

/s/Craig H. Durham
/s/Deborah A. Ferguson
Counsel for Plaintiff

/s/Brady James Hall
Counsel for all IDOC Defendants

/s/Dylan Eaton
/s/J. Kevin West
Counsel for all Corizon Defendants

JOINT MOTION AND STIPULATION TO VACATE AND RESET DEADLINES - 2

## CERTIFICATE OF SERVICE

I CERTIFY that on the 22nd day of June, 2017, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Dylan Eaton
deaton@parsonsbehle.com

J. Kevin West
kwest@parsonsbehle.com

Attorneys for Corizon Defendants

Brady James Hall
brady@melawfirm.net

Attorney for IDOC Defendants

/s/ Craig H. Durham