Lori Rifkin, Esq. (CA # 244081)
(*pro hac vice*)
HADSELL STORMER & RENICK LLP
4300 Horton Street, #15
Emeryville, CA 94608
Telephone: (415) 685-3591
Facsimile:  (626) 577-7079
Email: lrifkin@hadsellstormer.com

Dan Stormer, Esq. (CA # 101967)
(*pro hac vice*)
Shaleen Shanbhag, Esq. (CA # 301047)
(*pro hac vice*)
HADSELL STORMER & RENICK LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile:  (626) 577-7079
Emails: dstormer@hadsellstormer.com
         sshanbhag@hadsellstormer.com

Craig Durham (ISB # 6428)
Deborah Ferguson (ISB # 5333)
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, ID 83702
Telephone: 208-345-5183
Facsimile: 208-908-8663
Emails: chd@fergusondurham.com
         DAF@fergusondurham.com

Amy Whelan, Esq. (CA # 215675)
(*pro hac vice*)
Julie Wilensky, Esq. (CA #271765)
(*pro hac vice*)
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, CA 94102
Telephone: 415-365-1338
Facsimile: 415-392-8442
Email: AWhelan@NCLRights.org
         jwilensky@nclrights.org

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| ADREE EDMO (a/k/a MASON EDMO),<br><br>Plaintiff,<br><br>v.<br><br>IDAHO DEPARTMENT OF CORRECTION; HENRY ATENCIO, in his official capacity; JEFF ZMUDA, in his official capacity; HOWARD KEITH YORDY, in his official and individual capacities; CORIZON, INC.; SCOTT ELIASON; MURRAY YOUNG; RICHARD CRAIG; RONA SIEGERT; CATHERINE WHINNERY; and DOES 1-15;<br><br>Defendants. | Case No.: 1:17-cv-00151-BLW<br><br>**DECLARATION OF ADREE EDMO IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Complaint Filed:   April 6, 2017<br>Discovery Cut-Off:   None Set<br>Motion Cut-Off:      None Set<br>Trial Date:              None Set |

I, Adree Edmo, am the Plaintiff in the above-captioned matter. I have personal knowledge of the information set forth herein and if called upon to testify, I would testify to the truth of the following:

1. I was born on October 29, 1987 in Pocatello, Idaho and was raised as Mason Dean Edmo. I am a member of the Shoshone-Bannock Tribes, and lived at the Fort Hall Indian Reservation in Pocatello for most of my life.

2. I identify as a woman and female although I was assigned male at birth.

3. Around the age of 5 of 6, I remember first being aware of the feeling that I was a girl. At that time, I identified with my older sisters even though I was "supposed" to act like and identify with my older brothers. I wanted to be like my older sisters. I was much closer to them and shared more of their interests as compared to my older brothers. My sisters would let me play with their Barbies and other "girls'" toys. I felt accepted by my family.

4. Things became much harder when I started going through puberty. Growing up, I watched my older sisters become women and always hoped the same would happen to me. When I reached puberty, I had to come to terms with the fact that that was not how my body worked. It was a shocking and very depressing realization.

5. When I was 12 or 13, I started to feel more confident about expressing my female identity and moved towards accepting myself. At the age of 14 or 15, I started wearing girls' jeans. I remember experimenting with my mom's foundation and sister's mascara, and began wearing makeup to school. Dressing this way and wearing makeup made me feel liberated and more like myself.

6.  While I knew that I was different, I never thought there was something wrong with me or what I was doing. My family was generally supportive. My grade school friends, who were all female, were also very supportive of me. In high school, I would usually go into the girls' bathroom with my friends.

7.  I began living full-time as a woman around the age of 20 or 21. I wore makeup, women's outerwear, underwear, and bras, and styled my long hair. I would get my nails done with my mom and my sisters. By that point, my sisters, friends, and boyfriends were referring to me as "she," so the transition into living as a woman felt comfortable and natural.

8.  Living as a woman and expressing my gender freely made me feel for the first time in my life like others saw me as the real person that I am—as the woman I am.

9.  I first heard of Gender Identity Disorder ("GID") during a visit with the psychiatrist at my tribal health center. The psychiatrist asked me how long I had been living as a woman and if I had ever been diagnosed with GID. After I said no, he explained GID, and said that he thought I may have GID.

10. Around this time, I met a few transgender people and learned about hormone replacement therapy and surgical procedures that could help me transition. I was interested in sex-reassignment surgery, but was unsure of where to find resources. My substance abuse issues also prevented me from making progress toward medically transitioning at that time.

11. In 2012, I began going by the name "Adree," which is based on "Adrianna." I love the name "Adrianna" and suggested it to my cousin when he found out he was going

to have a daughter. It felt good to introduce myself as "Adree" and my new name helped affirm my female identity. I decided to legally change my name in September 2013. I saw the legal name change as another step in consolidating my identity.

## My Experience at ISCI

12.     I have been imprisoned at Idaho State Correctional Institution (ISCI) since April 2012. I was diagnosed with GID at ISCI in July 2012. My health providers also refer to me as having a diagnosis of gender dysphoria.

13.     Being a woman housed in a men's prison causes me extreme mental pain, anxiety, and stress. Not only am I a target for sexual assault and harassment, which makes me feel perpetually unsafe, but I am also consistently denied recognition of my identity as a woman. This treatment, particularly because I was living freely as a woman before prison, feels like torture above and beyond my prison sentence.

14.     I am forced to wear men's outwear and underwear. I am restricted from purchasing and wearing women's outerwear, underwear, and makeup. I am denied access to female commissary items. I am denied the basic items that female inmates are allowed.

15.     The male clothing I am forced to wear does not accommodate my transitioning body, particularly in the chest area. In addition to being forced to wear ill-fitting and uncomfortable clothing, I am harassed by correctional officers for how my clothing fits—something I have no control over. I recall one instance in which a correctional officer said something like "men don't wear clothes that tight." When I tried to explain that my clothing was tight because of my hormone replacement therapy, the correctional officer said something to the effect of: "Well that's a medical choice."

16.     Since arriving at ISCI, I experience frequent verbal harassment by prison staff who refuse to accept and treat me as a woman. The majority of the harassment consists of comments targeting my appearance, mannerisms, and transitioning body. For example, I have been told "You can't walk like that; guys don't walk like that." I have also been told on several occasions that I will be treated like a man because I am housed in a male prison. The prison staff's harassment of me encourages the same conduct by other inmates. I have noticed that other inmates often engage in verbal harassment when prison staff are also doing it. The harassment makes me feel humiliated, ashamed, degraded, and scared. It is also a constant reminder that my body does not match my feeling of being a woman and female.

17.     IDOC correctional and medical staff never refer to me using female gender pronouns. They refer to me only my last name, "Edmo," or by male gender pronouns.

18.     Until recently, I was permitted to use the showers when no male inmates were in the bathrooms. That is no longer the case. I am now forced to shower when male inmates are also showering. Some of the shower stalls do not have curtains, thus exposing my entire naked body to male inmates. I feel powerless and live in constant fear of being physically harmed or raped by male inmates.

19.     I have received multiple disciplinary offense reports ("DORs") for expressing my female identity. Some of the DORs I received were for wearing makeup, modifying the prison-issued male underwear to resemble female underwear, and for my hair being "too feminine." These DORs are considered "disobeying orders." The discipline makes me feel dehumanized and degraded.

DECL OF ADREE EDMO IN SUPPORT OF
PLAINTIFF'S MOTION FOR PI                       -5-

20. At my last parole board hearing, I was told that I am not eligible for parole because my disciplinary record was full of "disobeying orders."

## **Medical and Mental Health Treatment**

21. Since being incarcerated, my gender dysphoria and depression have worsened substantially.

22. The only treatment I have been provided for my gender dysphoria at ISCI is hormone replacement therapy. I began hormone replacement therapy in September or October 2012, and see it as the first medical step in my transitioning process. But by itself, it is not enough to treat my gender dysphoria.

23. The medical professionals I have seen at ISCI refuse to use female gender pronouns when referring to me. Some healthcare professionals even use male pronouns when referring to me.

24. I am seen by a nurse practitioner once every three months. I see a doctor for gender dysphoria, Dr. Alviso, once a year. Whenever I ask for changes to my hormone doses, I am told I have to wait for my yearly appointment with Dr. Alviso.

25. The mental health professionals I have seen at ISCI admit they are not familiar with gender dysphoria. They tell me to "hold onto hope" and that I will get what I need when I am out of prison.

26. Earlier this year, I was taken off one of my feminizing hormones, spironolactone. I was told that spironolactone was a possible cause of the elevated liver enzymes on my blood test, but do not know if there were any tests done to determine the actual cause. Since they have stopped my spironolactone, I have experienced painful

testicular enlargement, rapid facial hair growth, and weight gain. This is agonizing for me. I requested to be put back on spironolactone, but was informed that I had to wait for my yearly appointment with Dr. Alviso.

27.     I have made multiple attempts to remedy these serious problems. I have filed numerous grievances through Corizon and IDOC for necessary medical treatment, including sex-reassignment surgery, appropriate hormone treatment, facial hair electrolysis, and treatment by medical and mental health professionals with expertise in gender dysphoria. I have also made requests to medical professionals directly during my appointments. All of my efforts have been denied or ignored.

28.     I also wrote a letter to the Warden asking him to allow me these necessary medical treatments. In response, I was told that I could receive any medical treatment recommended in a medical memo. When I relayed this information to medical professionals, they told me that IDOC policy prevents them from recommending any of my medically necessary treatments. It is extremely depressing and frustrating to be consistently denied access to the medical treatments that I need.

29.     I attempted suicide in February 2014 after my first request to have sex-reassignment surgery was denied. The hormone replacement therapy was not having much effect at the time and I had been struggling to get the proper estrogen doses prescribed. Once my request to have the surgery was denied, I felt hopeless. I didn't think I would ever get the treatment I needed.

30.     After my attempted suicide, I was placed on suicide watch. I was placed in an isolation cell and stripped down. Being naked and in the isolation cell increased my

gender dysphoria and suicidal thoughts, given my anatomy.

31.     I attempted to perform self-surgery to remove my testicles in September 2015. I felt that this was the only choice I had because I was being continually denied the surgery that I need. Before I attempted self-surgery, I placed the following note in my cell: "I do not want to die, but I am a woman, and women do not have these." I wrote the note to make sure that correctional staff understood that I was trying to help myself, and not commit suicide. I then cut open my scrotum with a razor blade.

32.     Despite my attempt to make clear that I was not suicidal, I was placed on suicide watch after I was found. This made my depression and gender dysphoria even worse. Moreover, mental health staff told me that if I tried the same thing again, I would be sent to maximum security. They did not seem to understand that this was my attempt to address my gender dysphoria. The prison's reaction to my self-surgery made me think that if there were going to be a next attempt, I needed to be successful.

33.     My second self-surgery attempt was on December 31, 2016. Once again, I felt this was the only choice I had because the prison was not helping me get the treatment I needed. In preparation, I researched the best incision point to perform the surgery. I also asked my friend to call for help if I began to lose too much blood because I did not want to die. On the second attempt, I almost severed my entire right testicle. I had to be taken to the hospital for surgery to repair my testicle. None of the medical professionals talked to me about the possibility of finishing removal of the testicle and did not give me a choice about repairing it.

34.     Both times I attempted to perform self-surgery, I was at a point beyond

mental anguish. I was thinking: "If I don't do this, I won't be able to keep going." I was not getting the treatment that I need to live and I felt an urgent need to take action and fix myself. When I performed self-surgery, I never intended to kill myself. I do not regret attempting self-surgery because I see self-surgery as self-treatment and self-help.

35. The first time I thought about self-surgery was in prison. I had never considered trying this to treat myself before because I had never felt that level of desperation about gender dysphoria. I had previously been able to live full time as a woman and express my gender identity freely. Being denied the treatment I need and being prohibited from living as a woman makes me feel hopeless.

36. Whenever my gender dysphoria gets worse, my urge to perform self-surgery increases. My male genitalia feels so alienated from the rest of my body and from my identity. Having that genitalia is a huge source of stress, anxiety, and depression, but it is something that can be removed. As I am getting older, my need to consolidate my female identity grows stronger.

37. The thought of never being able to have sex-reassignment surgery is too stressful to imagine. I would compare it to telling a cancer patient: "This treatment will cure you, but you can't have it." Without surgery, I feel like I am living, but dying inside

//
//
//
//
//

38. More recently, I have started cutting my wrists as a way to deal with my mental anguish about my gender dysphoria. In those moments, I cut myself because I would rather feel physical pain than deal with the mental anguish of never receiving sex-reassignment surgery, and always being treated as someone I am not.

I declare under penalty of perjury under the laws of the United States of America and the State of Idaho that the foregoing is true and correct. Executed this 1st day of June, 2018 in Kuna, Idaho.

Ms. Adree Edmo

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of June, 2018, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Dylan Eaton
deaton@parsonsbehle.com

J. Kevin West
kwest@parsonsbehle.com

Attorneys for Corizon Defendants

Brady James Hall
brady@melawfirm.net

Attorney for IDOC Defendants

/s/ Lori Rifkin
Lori Rifkin
