# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ADREE EDMO, | ) Case No. 1:17-cv-151-BLW |
| Plaintiffs, | ) **SCHEDULING ORDER** |
| vs. | ) |
| IDAHO DEPARTMENT OF CORRECTION; HENRY ATENCIO, in his official capacity; JEFF ZMUDA, in his official capacity; HOWARD KEITH YORDY, in his official and individual capacities; CORIZON, INC.; SCOTT ELIASON; MURRAY YOUNG; RICHARD CRAIG; RONA SIEGERT; CATHERINE WHINNERY; AND DOES 1-15; | ) |
| Defendants. | ) |

Pursuant to the parties' *Stipulated Discovery and Briefing Schedule*, filed on June 15, 2018,

NOW THEREFORE IT IS HEREBY ORDERED, that the Stipulation (docket no. 72) is APPROVED, and the parties shall follow the discovery and briefing deadlines set forth below in advance of the evidentiary hearing scheduled for October 10, 11, and 12, 2018:

1. The parties shall exchange Initial Disclosures consistent with the requirements of Rule 26(a)(1) of the Federal Rules of Civil Procedure ("FRCP") on or before June 29, 2018.

2. The Plaintiff shall disclose all expert testimony consistent with FRCP 26(a)(2)(A)-(C) on or before July 13, 2018.

3. The Defendants shall disclose all expert testimony consistent with FRCP 26(a)(2)(A)-(C) on or before August 31, 2018.

4. The parties shall disclose to each other the identities of each witness, including lay and expert witnesses, that the party intends to call at the evidentiary hearing on or before August

**SCHEDULING ORDER** – pg. 1

31, 2018. In lieu of and/or in addition to live testimony at the evidentiary hearing, the parties may submit by this date written testimony of any witness by sworn declaration.

5. All factual discovery shall be completed by August 31, 2018. All written discovery requests must be made far enough in advance to allow completion of the discovery with the applicable federal rules prior to this discovery cut-off date. Expert depositions must be completed by September 28, 2018.

   a. Each side shall have the right to take ten fact depositions inclusive of parties. Each deposition shall last no longer than seven hours on the record. Pursuant to Local Rule 30.1, the parties' agreement or authorization by the Court is required if either the Plaintiff or the Defendants wish to take more than ten depositions or to spend more than seven hours conducting any deposition.

   b. Each side (i.e., Plaintiff and Defendants) shall have the right to take the deposition of the other parties' disclosed expert witnesses. Each deposition shall last no longer than seven hours on the record.

   c. In accordance with FRCP 45, the parties shall have the right to issue and serve subpoenas to third-parties.

6. If the Defendants wish to file a brief with the Court in response to Plaintiff's Motion for Preliminary Injunction, then Defendants shall file their response(s) on or before September 14, 2018.

7. If the Plaintiff elects to file a reply brief, the reply shall be filed on or before September 28, 2018.

The deadlines contained in this Order may be modified with the consent of the parties or by Court order upon a finding of good cause.

**SCHEDULING ORDER** – pg. 2

DATED: July 3, 2018



_____
B. Lynn Winmill
Chief U.S. District Court Judge