UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ADREE EDMO,<br><br>Plaintiff,<br><br>v.<br><br>IDAHO DEPARTMENT OF CORRECTION, *et. al.*,<br><br>Defendants. | Case No. 1:17-cv-00151-BLW<br><br>ORDER |

Pursuant to the informal status conference conducted on September 20, 2018, IT IS HEREBY ORDERED:

1. Final witness lists shall be exchanged and filed on or before October 3, 2018 at 5:00 p.m.

    a. Any modifications to witness lists after October 3, 2018 shall be made in good faith with a detailed explanation.

2. Final exhibit lists shall be filed on or before October 5, 2018.

    a. The parties shall meet and confer and work in good faith to reach stipulations for admitting exhibits.

    b. The parties shall also meet and confer and work in good faith to determine which exhibits they believe should be sealed, and which

**ORDER - 1**

testimony should be conducted in a closed courtroom. The parties shall each submit a short brief supporting the request to seal exhibits and testimony, and addressing the areas where the parties disagree.

3. Each side will be allotted 8 hours of time during the evidentiary hearing.

4. A final transcript of the hearing will be provided to counsel on or before October 19, 2018.

5. Proposed findings of fact and conclusions of law shall be filed on or before October 26, 2018.

DATED: September 28, 2018

_____
B. Lynn Winmill
Chief U.S. District Court Judge