UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ADREE EDMO,<br><br>                Plaintiff,<br><br>v.<br><br>IDAHO DEPARTMENT OF CORRECTION, et al.,<br><br>                Defendants. | Case No. 1:17-cv-00151-BLW<br><br>**LITIGATION ORDER AND NOTICE OF TELEPHONIC SCHEDULING CONFERENCE** |

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.      Pursuant to Dist. Idaho L. Rule 16.1, the parties must meet and determine a litigation plan and a discovery plan, including the issues related to discovery of electronically stored information, if either party contemplates such discovery. The Court's litigation plan form and the discovery plan form may be found on the District

**LITIGATION ORDER AND NOTICE OF TELEPHONIC SCHEDULING CONFERENCE - 1**

Court's website, www.id.uscourts.gov, under Forms.[1] The Parties are to file a joint litigation plan and joint discovery plan no later than **January 15, 2019.**

2.     The Parties will file, no later than **January 15, 2019**, status reports detailing (1) the Parties' intentions regarding pursuing an appeal in this matter, (2) the Parties' intentions regarding pursuing a potential stay in this case, and (3) a description of the steps taken by the Parties to effectuate the Court's order that Ms. Edmo be provided gender-confirmation surgery within the time frame set out in the Court's Memorandum Decision and Opinion.  The Parties are encouraged, pursuant to Federal Rule of Civil Procedure 1, to provide the Court via email with updates on any of these subjects prior to January 15, 2019.

3.     The Court will conduct a **telephonic status conference** on **January 22, 2019 at 3:00 PM** mountain time.  The Court's Deputy, Jamie Bracke, will provide the dial in information in a subsequent notice.

DATED: January 2, 2019

B. Lynn Winmill
District Judge
United States District Court

---

[1] The URL address to access the Court's forms may be found here:
http://id.uscourts.gov/district/forms_fees_rules/Civil_Forms.cfm