REPRESENTATION STATEMENT

The parties to this appeal are identified in the caption of the Notice of Appeal and/or Preliminary Injunction Appeal. The below list of counsel is provided pursuant to Ninth Circuit Court of Appeals Circuit Rule 3-2(b).

**Counsel for Plaintiff – Respondent** (Adree Edmo)

| | |
|---|---|
| Lori Rifkin | HADSELL STORMER & RENICK LLP<br>4300 Horton Street, #15<br>Emeryville, CA 94608<br>Telephone: (415) 685-3591<br>Facsimile: (626) 577-7079<br>Email: lrifkin@hadsellstormer.com |
| Craig Durham<br>Deborah Ferguson | FERGUSON DURHAM, PLLC<br>223 N. 6th Street, Suite 325<br>Boise, ID 83702<br>Telephone: 208-345-5183<br>Facsimile: 208-908-8663<br>Emails: chd@fergusondurham.com<br>daf@fergusondurham.com |
| Dan Stormer<br>Shaleen Shanbhag | HADSELL STORMER & RENICK LLP<br>128 N. Fair Oaks Avenue<br>Pasadena, California 91103<br>Telephone: (626) 585-9600<br>Facsimile: (626) 577-7079<br>Emails: dstormer@hadsellstormer.com<br>sshanbhag@hadsellstormer.com |
| Amy Whelan<br>Julie Wilensky<br>Alexander Chen | NATIONAL CENTER FOR LESBIAN RIGHTS<br>870 Market Street, Suite 370<br>San Francisco, CA 94102<br>Telephone: 415-365-1338<br>Facsimile: 415-392-8442<br>Email: AWhelan@NCLRights.org<br>jwilensky@NCLRights.org |

**REPRESENTATION STATEMENT - 1**

**Counsel for Defendants-Appellants** (Idaho Department of Correction, Henry Atencio, Jeff Zmuda, Howard Keith Yordy, Richard Craig and Rona Siegert)

| | |
|---|---|
| Lawrence G. Wasden<br>Attorney General<br>State of Idaho | MOORE ELIA KRAFT & HALL LLP<br>702 W. Idaho Street, Suite 800<br>Boise, Idaho 83702<br>Telephone: (208) 336-6900 |
| Brady J. Hall<br>Special Deputy Attorney General<br>Marisa Crecelius | Facsimile: (208) 366-7031<br>Emails: brady@melawfirm.net<br>marisa@melawfirm.net |

**Counsel for Defendants-Appellants** (Corizon Inc., Scott Eliason, Murray Young, and Catherine Whinnery)

| | |
|---|---|
| Dylan A. Eaton<br>J. Kevin West | PARSONS, BEHLE & LATIMER<br>800 W. Main Street, Suite 1300<br>Boise, ID 83702<br>Telephone: (208) 562-4900<br>Facsimile: (208) 562-4901<br>Emails: Deaton@parsonsbehle.com<br>KWest@parsonsbehle.com |

**REPRESENTATION STATEMENT - 2**