FILED

MAY 15 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ADREE EDMO, AKA Mason Edmo, | No. 19-35017 |
| Plaintiff-Appellee, | D.C. No. 1:17-cv-00151-BLW<br>District of Idaho,<br>Boise |
| v. | |
| CORIZON, INC.; et al., | ORDER |
| Defendants-Appellants, | |
| and | |
| IDAHO DEPARTMENT OF CORRECTIONS; et al., | |
| Defendants, | |
| UNITED STATES OF AMERICA, | |
| Real-party-in-interest. | |
| ADREE EDMO, AKA Mason Edmo, | No. 19-35019 |
| Plaintiff-Appellee, | D.C. No. 1:17-cv-00151-BLW |
| v. | |
| IDAHO DEPARTMENT OF CORRECTIONS; et al., | |
| Defendants-Appellants, | |
| and | |

CORIZON, INC.; et al.,

        Defendants,

UNITED STATES OF AMERICA,

        Real-party-in-interest.

Before: McKEOWN and GOULD, Circuit Judges, and LASNIK,* District Judge.

    Counsel should be prepared to discuss at oral argument the impact on the parties if the court were to treat the October 2018 hearing as a final trial on the merits and the injunction as permanent.

---

    * The Honorable Robert S. Lasnik, United States District Judge for the Western District of Washington, sitting by designation.