FILED

JUL 9 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ADREE EDMO, AKA Mason Edmo, | No. 19-35017 |
| Plaintiff-Appellee, | D.C. No. 1:17-cv-00151-BLW<br>District of Idaho,<br>Boise |
| v. | |
| CORIZON, INC.; et al., | ORDER |
| Defendants-Appellants, | |
| and | |
| IDAHO DEPARTMENT OF CORRECTIONS; et al., | |
| Defendants. | |

| | |
|---|---|
| ADREE EDMO, AKA Mason Edmo, | No. 19-35019 |
| Plaintiff-Appellee, | D.C. No. 1:17-cv-00151-BLW |
| v. | |
| IDAHO DEPARTMENT OF CORRECTIONS; et al., | |
| Defendants-Appellants, | |
| and | |
| CORIZON, INC.; et al., | |
| Defendants. | |

Before:  McKEOWN and GOULD, Circuit Judges, and LASNIK,[*] District Judge.

Defendant-Appellants' Joint Motion to Supplement the Record on Appeal (Dkt. 92) is **GRANTED IN PART AND DENIED IN PART**.  The motion is granted with respect to Exhibit A—the transcript of the January 30, 2019 telephonic status conference—because that transcript is currently unavailable on the district court docket.  See Dist. Ct. Dkt. 197.  The motion is denied in all other respects as unnecessary.  As explained in our May 7, 2019 order, the district court record is before this court on appeal.  Fed. R. App. P. 10(a); Ninth Cir. R. 10-2(b).

Plaintiff-Appellee's Request to Strike and Impose Sanctions (Dkt. 93) is **DENIED**.

---

[*] The Honorable Robert S. Lasnik, United States District Judge for the Western District of Washington, sitting by designation.