J. Kevin West, ISB #3337
KWest@parsonsbehle.com
Dylan A. Eaton, ISB #7686
DEaton@parsonsbehle.com
Bryce Jensen, ISB #10324
bjensen@parsonsbehle.com
Parsons, Behle & Latimer
800 W. Main Street, Suite 1300
Boise, Idaho 83702
Telephone:     (208) 562-4900
Facsimile:      (208) 562-4901

Counsel for Defendants Corizon Inc., Scott Eliason, Murray Young, and Catherine Whinnery

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| ADREE EDMO,<br><br>Plaintiff,<br><br>v.<br><br>IDAHO DEPARTMENT OF CORRECTION; HENRY ATENCIO; JEFF ZMUDA; HOWARD KEITH YORDY; CORIZON, INC.; SCOTT ELIASON; MURRAY YOUNG; RICHARD CRAIG; RONA SIEGERT; CATHERINE WHINNERY; AND DOES 1-15;<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:17-cv-151-BLW<br><br>**JOINT STIPULATION AND REQUEST TO STAY DISCOVERY PENDING DECISION FROM THE NINTH CIRCUIT COURT OF APPEALS** |
|---|---|

COME NOW the parties, by and through their undersigned counsel of record, and hereby

stipulate and request the Court to stay further discovery in this case pending a decision from the

three-judge panel of the Ninth Circuit Court of Appeals in case number 19-35017. After the panel

issues a decision, the parties will contact the Court and request to hold a scheduling conference to

STIPULATION TO STAY DISCOVERY PENDING DECISION FROM THE NINTH CIRCUIT COURT OF APPEALS - 1
4814-9311-6828v7

set reasonable deadlines for conducting any remaining discovery in this matter and to resolve any remaining discovery disputes not resolved or rendered moot by the Ninth Circuit's decision.  By so stipulating, no party waives its right, once the discovery stay has ended, to conduct remaining discovery available under the Joint Discovery Plan previously filed in this case, nor the right to pursue discovery disputes and/or file discovery motions arising from discovery that has already been promulgated.

DATED this 17th day of July, 2019.

        PARSONS BEHLE & LATIMER

        By: */s/ Dylan A. Eaton*
            Dylan A. Eaton
            Counsel for Defendants Corizon Inc.,
            Scott Eliason, Murray Young, and
            Catherine Whinnery

DATED this 17th day of July, 2019.

        NATIONAL CENTER FOR LESBIAN RIGHTS
        FERGUSON DURHAM
        RIFKIN LAW OFFICE
        HADSELL STORMER & RENICK LLP

        By: */s/ Lori Rifkin*
            Lori Rifkin
            Counsel for Plaintiff

DATED this 17th day of July, 2019.

                          MOORE ELIA KRAFT & HALL, LLP

                          By: */s/ Brady J. Hall*
                                Brady J. Hall
                                Counsel for Defendants Idaho Department of
                                Correction, Henry Atencio, Jeff Zmuda, Howard
                                Keith Yordy, Richard Craig, and Rona Siegert

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of July, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Craig H. Durham<br>Deborah A. Ferguson<br>FERGUSON DURHAM, PLLC<br>chd@fergusondurham.com<br>daf@fergusondurham.com<br>*(Counsel for Plaintiff)* | Amy Whelan<br>Julie Wilensky<br>Alexander Chen<br>National Center for Lesbian Rights<br>awhelan@nclrights.org<br>jwilensky@nclrights.org<br>AChen@nclrights.org<br>*(Counsel for Plaintiff)* |
| Brady J. Hall<br>Marisa S. Crecelius<br>MOORE ELIA KRAFT & HALL, LLP<br>brady@melawfirm.net<br>marisa@melawfirm.net<br>*(Counsel for Defendants Idaho Department of Correction, Henry Atencio, Jeff Zmuda, Howard Keith Yordy, Richard Craig, and Rona Siegert)* | Dan Stormer<br>Shaleen Shanbhag<br>HADSELL STORMER & RENICK, LLP<br>lrifkin@hadsellstormer.com<br>dstormer@hadsellstormer.com<br>sshanbhag@hadsellstormer.com<br>*(Counsel for Plaintiff)* |
| Lori E. Rifkin<br>RIFKIN LAW OFFICE<br>lrifkin@rifkinlawoffice.com<br>*(Counsel for Plaintiff)* | |

By: */s/ Dylan A. Eaton*
     Dylan A. Eaton