UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 9 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ADREE EDMO, AKA Mason Edmo, | No. 19-35017 |
| Plaintiff-Appellee, | D.C. No. 1:17-cv-00151-BLW<br>District of Idaho,<br>Boise |
| v. | |
| CORIZON, INC.; et al., | ORDER |
| Defendants-Appellants, | |
| and | |
| IDAHO DEPARTMENT OF CORRECTIONS; et al., | |
| Defendants. | |
| ADREE EDMO, AKA Mason Edmo, | No. 19-35019 |
| Plaintiff-Appellee, | D.C. No. 1:17-cv-00151-BLW |
| v. | |
| IDAHO DEPARTMENT OF CORRECTIONS; et al., | |
| Defendants-Appellants, | |
| and | |
| CORIZON, INC.; et al., | |
| Defendants. | |

Before:  McKEOWN and GOULD, Circuit Judges, and LASNIK,[*] District Judge.

Appellee Adree Edmo is ordered to file a response to Appellants' Petition for Rehearing En Banc.  The response must be filed no later than twenty-one (21) days from the date of this order.

---

[*]  The Honorable Robert S. Lasnik, United States District Judge for the Western District of Washington, sitting by designation.