LAWRENCE G. WASDEN
ATTORNEY GENERAL
STATE OF IDAHO

Brady J. Hall (ISB No. 7873)
Special Deputy Attorney General
brady@melawfirm.net
*Moore Elia Kraft & Hall, LLP*
Post Office Box 6756
Boise, Idaho 83707
Telephone: (208) 336-6900
Facsimile: (208) 336-7031

*Attorneys for Defendants Idaho Department of Corrections, Henry Atencio, Jeff Zmuda, Howard Keith Yordy, Richard Craig, and Rona Siegert*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ADREE EDMO, | ) Case No. 1:17-cv-151-BLW |
| Plaintiff, | ) |
| vs. | ) **NOTICE OF WITHDRAWAL OF** |
| | ) **COUNSEL OF MARISA S. CRECELIUS** |
| IDAHO DEPARTMENT OF CORRECTION; HENRY ATENCIO, in his official capacity; JEFF ZMUDA, in his official capacity; HOWARD KEITH YORDY, in his official and individual capacities; CORIZON, INC.; SCOTT ELIASON; MURRAY YOUNG; RICHARD CRAIG; RONA SIEGERT; CATHERINE WHINNERY; AND DOES 1-15; | ) |
| Defendants. | ) |

PLEASE TAKE NOTICE that Marisa S. Crecelius, formerly of Moore Elia Kraft & Hall, LLP, has withdrawn as counsel for Defendants Idaho Department of Corrections, Henry Atencio, Jeff Zmuda, Howard Keith Yordy, Richard Craig, and Rona Siegert. Brady J. Hall, of the law

**NOTICE OF WITHDRAWAL OF COUNSEL OF MARISA S. CRECELIUS – pg. 1**

firm Moore, Elia, Kraft & Hall, LLP, will remain as lead counsel for Defendants Idaho Department of Corrections, Henry Atencio, Jeff Zmuda, Howard Keith Yordy, Richard Craig, and Rona Siegert.

All notices, correspondence, and court filings will continue to be sent to Mr. Hall in this matter.

DATED this 24th day of October, 2019.

        MOORE ELIA KRAFT & HALL, LLP

        By: /s/ Brady J. Hall
         Brady J. Hall
         Counsel for *Defendants Idaho Department of Correction, Henry Atencio, Jeff Zmuda, Howard Keith Yordy, Richard Craig, and Rona Siegert*

DATED this 24th day of October, 2019.

        _____
        Marisa S. Crecelius

**NOTICE OF WITHDRAWAL OF COUNSEL OF MARISA S. CRECELIUS – pg. 2**

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of October, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Lori Rifkin
lrifkin@rifkinlawoffice.com
*(Counsel for Plaintiff)*

Dan Stormer
dstormer@hadsellstormer.com
Shaleen Shanberg
sshanberg@hadsellstormer.com
HADSELL STORMER & RENICK, LLP
*(Counsel for Plaintiff)*

Amy Whelan
awhelan@nclrights.org
Julie Wilensky
jwilensky@nclrights.org
NATIONAL CENTER FOR LESBIAN RIGHTS
*(Counsel for Plaintiffs)*

Craig Durham
chd@fergusondurham.com
Deborah Ferguson
daf@fergusondurham.com
FERGUSON DURHAM, PLLC
*(Counsel for Plaintiff)*

Dylan Eaton
deaton@parsonsbehle.com
J. Kevin West
kwest@parsonsbehle.com
PARSONS, BEHLE & LATIMER

*/s/ Brady J. Hall*
Brady J. Hall