J. Kevin West (ISB No. 3337)
KWest@parsonsbehle.com
Dylan A. Eaton (ISB No. 7686)
DEaton@parsonsbehle.com
Bryce Jensen, ISB #10324
bjensen@parsonsbehle.com
Parsons, Behle & Latimer
800 W. Main Street, Suite 1300
Boise, Idaho 83702
Telephone:  (208) 562-4900
Facsimile:  (208) 562-4901
*(Counsel for Defendants Corizon Inc., Scott Eliason, Murray Young, and Catherine Whinnery)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ADREE EDMO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>IDAHO DEPARTMENT OF CORRECTION; HENRY ATENCIO, in his official capacity; JEFF ZMUDA, in his official capacity; AL RAMIREZ, in his official capacity; HOWARD KEITH YORDY, in his official and individual capacities; CORIZON, INC.; SCOTT ELIASON; MURRAY YOUNG; RICHARD CRAIG; RONA SIEGERT; CATHERINE WHINNERY; AND DOES 1-15;<br>　　　　Defendants. | CIVIL ACTION FILE<br><br>NO. 1:17-cv-151-BLW<br><br>**DECLARATION OF APRIL DAWSON, M.D. IN SUPPORT OF DEFENDANTS' EXPEDITED MOTION TO STAY ORDER REQUIRING DEFENDANTS PROVIDE ALL PRE-SURGICAL TREATMENTS AND RELATED COROLLARY APPOINTMENTS OR CONSULTATIONS NECESSARY FOR GENDER CONFIRMATION SURGERY [DKT. 225] PENDING APPEAL** |

I, April Dawson, declare as follows:

1. I am more than eighteen years of age and I am legally competent to make this declaration. I have personal knowledge of the facts set forth herein and can testify as to the truth of the statements contained herein if called upon as a witness at the trial of this action.

2. By way of background, I graduated from the Loma Linda University School of Medicine, Loma Linda, California, in 1987. In 1988, I completed an internship in preliminary medicine at the Medical Center of Delaware, Newark, Delaware. I also completed a residency in general preventative medicine and public health at Loma Linda University in 1993. I am board certified in general preventive medicine and public health by the American College of Preventive Medicine. I obtained my Idaho medical license in August 2005.

3. On August 15, 2005, I commenced employment with Correctional Medical Services, Inc. ("CMS"), which provided medical services to inmates in the custody of the Idaho Department of Corrections ("IDOC"). From August 15, 2005, through April 12, 2009, I was employed as the Regional Medical Director ("RMD") for CMS for the State of Idaho. From April 12, 2009 to December 31, 2012, I continued in my role as an independent contract physician for CMS at certain IDOC facilities. It is my understanding that CMS then merged with another company to form Corizon entities. Corizon, LLC, is now the private corporation that provides certain medical services to inmates in the custody of IDOC. From January 1, 2013 to June 30, 2017, I was directly employed as a physician by Corizon. As of May 13, 2019, I have been employed by Corizon as the RMD. Therefore, my work providing medical care in Idaho prisons generally goes back about 14 years.

4. I have been employed by Corizon as the RMD since May 2019.

DECLARATION OF APRIL DAWSON, M.D. IN SUPPORT OF DEFENDANTS' EXPEDITED MOTION TO STAY ORDER REQUIRING DEFENDANTS PROVIDE ALL PRE-SURGICAL TREATMENTS AND RELATED COROLLARY APPOINTMENTS OR CONSULTATIONS NECESSARY FOR GENDER CONFIRMATION SURGERY [DKT. 225] PENDING APPEAL - 2
4844-3823-0442v3

5.       As the RMD, I am familiar with Plaintiff Ms. Edmo's medical chart at the prison and her treatment and care.

6.       On Monday, October 21, 2019, I spoke on the phone directly with Geoffrey D. Stiller, M.D. ("Dr. Stiller"), who is a surgeon and provides gender confirmation surgery to patients.

7.       On April 12, 2019, Ms. Edmo had an initial consultation with Dr. Stiller regarding options for gender confirmation surgery.

8.       Prior to speaking with Dr. Stiller on October 21, 2019, I reviewed Dr. Stiller's consult note from his initial consultation with Ms. Edmo in April 2019.  Attached as **Exhibit A** hereto is a true and correct copy of Dr. Stiller's note regarding his initial consult with Ms. Edmo, which is in Ms. Edmo's prison medical chart.  I am familiar with the manner medical records are kept for inmates incarcerated by the Idaho Department of Corrections ("IDOC"). The prison medical records are made at or near the time reflected in the records and are made by persons with knowledge of the matters recorded. The medical records, including consult notes with offsite providers, such as the April 12, 2019 note by Dr. Stiller, are kept in the ordinary course of the regularly conducted activities of the medical providers caring for inmates incarcerated by the IDOC, and it is the regular practice of medical providers at the prison site to review such records. I and other medical experts in my field of medicine regularly rely on such medical records and the facts, opinions, and data contained therein in helping to determine care and treatment of inmates, such as Ms. Edmo.

9.       Upon reviewing Dr. Stiller's April 2019 consult note, I noticed that he did not make any determinations as to if any surgeries were medically necessary for Ms. Edmo.  I further noticed that Dr. Stiller's note indicated he spoke with Ms. Edmo about at least two separate surgery

DECLARATION OF APRIL DAWSON, M.D. IN SUPPORT OF DEFENDANTS' EXPEDITED MOTION TO STAY ORDER REQUIRING DEFENDANTS PROVIDE ALL PRE-SURGICAL TREATMENTS AND RELATED COROLLARY APPOINTMENTS OR CONSULTATIONS NECESSARY FOR GENDER CONFIRMATION SURGERY [DKT. 225] PENDING APPEAL - 3
4844-3823-0442v3

options: (1) penile inversion, and (2) colovaginoplasty.  Both of these surgeries are considered vaginoplasties where the surgeon creates a vagina for Ms. Edmo. I also noticed that Dr. Stiller's note stated Ms. Edmo was "unsure if she desires a penile inversion with scrotal grafts or colovaginolplasty."

10. When I spoke with Dr. Stiller on October 21, he confirmed that two options for vaginoplasty were discussed with Ms. Edmo, the penile inversion and the coloviginoplasty.  (Dr. Stiller acknowledged there is another surgical option, where the male genitalia is removed, but no vagina is created.  This surgical option would be for a patient that did not desire intercourse.  It is my understanding this option was not discussed with Ms. Edmo.)  Dr. Stiller told me that the penile inversion is much a more popular vaginoplasty, but the coloviginoplasty is also an option.  He confirmed he is leaving it up to Ms. Edmo to choose which surgery she wants.  Dr. Stiller told me that Ms. Edmo seemed to be leaning toward choosing the penile inversion surgery at the initial consult, but was not entirely sure which option she wanted.

11. With respect to the penile inversion surgery, Dr. Stiller confirmed with me during our October 21 telephone call that hair removal (either by laser or by electrolysis) in the genital area is a part of such surgery.  This hair removal process is expected to take 6 to 9 months with regular treatments approximately every month.  In talking with Dr. Stiller and based on my own medical understanding, the hair can grow back after the first few appointments.  However, once all the treatment sessions are complete over the 6 to 9 months, the hair removal in the treated area is permanent.

12. It is my understanding in talking with Dr. Stiller that hair removal in the genital area is not medical necessary as a part of the coloviginoplasty surgery option.  After talking with

DECLARATION OF APRIL DAWSON, M.D. IN SUPPORT OF DEFENDANTS' EXPEDITED MOTION TO STAY ORDER REQUIRING DEFENDANTS PROVIDE ALL PRE-SURGICAL TREATMENTS AND RELATED COROLLARY APPOINTMENTS OR CONSULTATIONS NECESSARY FOR GENDER CONFIRMATION SURGERY [DKT. 225] PENDING APPEAL - 4
4844-3823-0442v3

Dr. Stiller and based on my own review of medical resources, this is a more complex surgery and can involve two separate surgeries. Colovaginoplasty is a surgical procedure that involves using a section of the end of the large intestine (the sigmoid colon) to create a new vagina. The depth of the vagina with a colovaginoplasty (approximately 7 inches in depth) is more than with a penile inversion (approximately 5 inches in depth).

13. Dr. Stiller told me that hormone therapy will need to be stopped about three weeks prior to the surgery regardless of whether the surgery is the penile inversion or the colovaginoplasty. Although it varies from one patient to another, it is my understanding that symptoms (after the hormone therapy is stopped) can range from sharp mood swings, dizziness and nausea to the appearance of clearly masculine traits (facial hair, involuntary erections, etc.).

14. The Idaho Corizon Regional Office, where I work, has contacted Boise Electrolysis (who provides genital hair removal) and they have declined to accept Ms. Edmo as a patient. However, Edmo has been scheduled for laser hair removal at another facility.

15. It is my understanding that Dr. Stiller needs referral letters from a treating doctor (i.e., the doctor provided hormones) and two mental health providers or clinicians for the surgery. I am not aware of any Corizon employees that can provide these recommendations at this time based on their medical or mental health judgements. Dr. Alviso is the offsite physician who has agreed to provide hormone therapy treatment recommendations to inmates, including Ms. Edmo. Dr. Alviso is not a Corizon employee. It is my understanding that Dr. Alviso is not in a position to recommend gender confirmation surgery (i.e., a penile inversion or colovaginoplasty) for Ms. Edmo at this time.

I, April Dawson, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this __30TH__ day of October, 2019.

_____
April Dawson

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the _____ day of October, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Craig H. Durham
Deborah A. Ferguson
FERGUSON DURHAM, PLLC
chd@fergusondurham.com
daf@fergusondurham.com
*(Counsel for Plaintiff)*

Amy Whelan
Julie Wilensky
Alexander Chen
National Center for Lesbian Rights
awhelan@nclrights.org
jwilensky@nclrights.org
AChen@nclrights.org
*(Counsel for Plaintiff)*

Brady J. Hall
MOORE ELIA KRAFT & HALL, LLP
brady@melawfirm.net
*(Counsel for Defendants Idaho Department of Correction, Henry Atencio, Jeff Zmuda, Howard Keith Yordy, Richard Craig, and Rona Siegert)*

Dan Stormer
Shaleen Shanbhag
HADSELL STORMER & RENICK, LLP
lrifkin@hadsellstormer.com
dstormer@hadsellstormer.com
sshanbhag@hadsellstormer.com
*(Counsel for Plaintiff)*

Lori E. Rifkin
RIFKIN LAW OFFICE
lrifkin@rifkinlawoffice.com
*(Counsel for Plaintiff)*


By: */s/ Dylan A. Eaton*
     Dylan A. Eaton

**EXHIBIT A**

04/26/2019  08:43   2084764407             CORIZON OROFINO                    PAGE 02/05
Apr. 24. 2019 11:39AM    PALOUSE SURGEONS MOSCOW                No. 8582   P. 6



## PALOUSE SURGEONS

2400 West A Street Suite 101   Moscow, ID 83843-4902
(208) 882-1700  Fax: (208) 882-1778

*April 24, 2019*
Page 1
Office Visit

**Mason Dean Meeks Edmo**
Male DOB: ███████                     35429                      Ins: Corizon Health Inc.

**04/12/2019 - Office Visit: MTF GRS Consult**
**Provider: Geoffrey D Stiller**
**Location of Care: Palouse Surgeons**

Joseph Starrs, PA-C
Reviewed all
9 4/24/19

**Visit Type:** Follow-up
**Primary Provider:** Geoffrey D Stiller

**History of Present Illness:**
PCP: Dr. Albiso
Endocrinolgist: same
Counselor: multiple
Support: unknown
Pt presents to discuss options for GRS.
Pt is a transgender female whose preferred pronouns are "she, her, hers." She resides at Idaho State Correctional Fascility. She has sued to allow transitioning both medically and surgically. She has been granted this by the court. She is her to discuss surgical options.
Pt has known of her transgender status since she was a young teenager. Pt has been on hormones since 08/2012. After 6 months she began to find clarity. Pt has been suffering from gender dysphoria for over 10 years. She has also felt different, but was raised on a reservation and had to hide it. Has always felt like her brain is female but her body is not. Puberty was very difficult for her when her body began masculinizing. Diagnosed with depression at age 18 and began treatment. She began to get into drag shows at age 21. She has been in the prison system since age 22. She was presenting in her gender since then, although she was opressed for many years in prison. She has seen about 8 different mental health providers since beginning her court process. They have all been supportive per the patient. She is expecting to be moved to a female correctional center after surgery. She is hoping for the correct female anatomy.
She has had suicide attempts before transitioning. While incarcerated she did attempt to self castrate requiring operative repair.

**Past Medical History:**
  Reviewed and updated today:
    Gender Identity Disorder
    Depression
    Hepatitis C

**Past Surgical History:**
  Reviewed and updated today:
    Laparoscopic Cholecystectomy
    Scrotal exploration and closure

**Family History**

**CORIZON 1858**



2400 West A Street Suite 101  Moscow, ID 83843-4902
(208) 882-1700  Fax: (208) 882-1778

*April 24, 2019*
Page 2
Office Visit

**Mason Dean Meeks Edmo**
Male  DOB: ███████                    35429                      Ins: Corizon Health Inc.

1) Uncle - Alcoholism - Entered on 4/16/2019
2) Aunt - Alcoholism - Entered on 4/16/2019
3) Sister - Alcoholism - Entered on 4/16/2019
4) Brother - Alcoholism - Entered on 4/16/2019
5) Father - Alcoholism - Entered on 4/16/2019
6) Mother - Hypertension - Entered on 4/16/2019
7) Mother - Alcoholism - Entered on 4/16/2019
resident of Idaho Correctional Facility

**Medications prior to today's visit:**
SPIRONOLACTONE TABLET (SPIRONOLACTONE TABS)
DOCUSATE SODIUM TABLET (DOCUSATE SODIUM TABS)
VENLAFAXINE HCL TABLET (VENLAFAXINE HCL TABS)
ESTRADIOL TABLET (ESTRADIOL TABS)
FINASTERIDE TABLET (FINASTERIDE TABS)

## Review of Systems

### General
Denies fever, anorexia and weight loss.

### GI
Denies abdominal pain, nausea, vomiting, diarrhea, constipation, change in bowel habits, melena, hematochezia, jaundice, gas/bloating, indigestion/heartburn, dysphagia and odynophagia.

### Breast
Denies left breast lump, right breast lump, nipple discharge, bloody discharge from nipple, breast pain, abnormal mammogram and breast enlargement.

### CV
Denies chest pains, palpitations, syncope and peripheral edema.

### Resp
Denies cough, shortness of breath, hemoptysis, wheezing and pleuritic chest pain.

### Vascular
Denies varicose veins, leg swelling, leg redness, leg coolness, pain in legs with walking, resting leg pain, pain at night in legs and blue toe(s).

### GU
Denies dysuria, hematuria, discharge, urinary frequency, urinary hesitancy, nocturia, incontinence and erectile dysfunction.

**CORIZON 1859**



2400 West A Street Suite 101  Moscow, ID 83843-4902
(208) 882-1700  Fax: (208) 882-1778

*April 24, 2019*
*Page 3*
*Office Visit*

## Mason Dean Meeks Edmo
Male  DOB:                              35429                    Ins: Corizon Health Inc.

### Derm
Denies suspicious lesions, new skin lesions, changing mole(s), rash, itching and history of skin cancer.

### Neuro
Denies paralysis, paresthesias, seizures and frequent headaches.

### Psych
Denies depression, anxiety, memory loss, suicidal ideation, hallucinations, paranoia, phobia and confusion.

### Endo
Denies cold intolerance, heat intolerance, polydipsia, polyphagia, polyuria and unusual weight change.

### Heme
Denies abnormal bruising, bleeding and enlarged lymph nodes.

### MS
Denies back pain, sciatica and arthritis.

## Physical Exam

**General:**
well developed, well nourished, in no acute distress
**Head:**
normocephalic and atraumatic
**Eyes:**
PERRL/EOM intact; conjunctiva and sclera clear
**Neck:**
no masses, thyromegaly, or abnormal cervical nodes
**Lungs:**
clear bilaterally to A & P
**Heart:**
regular rate and rhythm, S1, S2 without murmurs, rubs, gallops, or clicks
**Genitalia:**
normal male, testes descended bilaterally without masses, no hernias noted, uncircumcised, 3 inch flaccid penis
**Extremities:**
no clubbing, cyanosis, edema, or deformity noted
**Neurologic:**
no focal deficits, CN II-XII grossly intact
**Cervical Nodes:**
no significant adenopathy
**Psych:**

**CORIZON 1860**



**PALOUSE SURGEONS**

2400 West A Street Suite 101   Moscow, ID 83843-4902
(208) 882-1700  Fax: (208) 882-1778

*April 24, 2019*
*Page 4*
*Office Visit*

**Mason Dean Meeks Edmo**
Male DOB: ███            35429              Ins: Corizon Health Inc.

alert and cooperative; normal mood and affect; normal attention span and concentration

### Assessment
**New Problems:**
Gender identity disorder (ICD-302.6) (ICD10-F64.9)

Transgender Female

GRS- pt unsure if she desires a penile inversion with scrotal grafts or colovaginoplasty

### Plan
Discussed pros and cons of penile inversion technique. Discussed pros and cons of colovaginoplasty.
Discussed use of dilators and other maintenance inside correctional facility.
Discussed average depth of about 5 inches, use of scrotal skin grafts if desired. Hair removal needed if desires penile inversion with scrotal skin grafs- would take 9 mo to 1 yr
Discussed stimulation of clitoris and prostate post operatively.
Discussed procedure in detail, hospital stay, length of surgery etc.
Discussed risks of complications; wounds, loss of grafts, etc.
Recommended hair removal of scrotum for grafts.
If pt desires colovaginoplasty, the first stage can be completed with hair removal then 6 mo later would preceed with a colonic interposition.
We did not receive any recent mental health records. Will need a letter of support from 2 separate mental health provides showing the patient meets WPATH criteria. Will also need a letter of support from her prescribing physician.

**New Orders:**
99204 New office out pt services Comp, Mod MDM 45min [CPT-99204]

]

**Electronically signed by Geoffrey D Stiller on 04/16/2019 at 3:35 PM**

**CORIZON 1861**