UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 12 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ADREE EDMO, AKA Mason Edmo,

        Plaintiff - Appellee,

 v.

CORIZON, INC.; et al.,

        Defendants - Appellants.

No. 19-35917

D.C. No. 1:17-cv-00151-BLW
U.S. District Court for Idaho, Boise

**MANDATE**

The judgment of this Court, entered November 20, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rhonda Roberts
Deputy Clerk
Ninth Circuit Rule 27-7