# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 12, 2020

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

      Re:  Idaho Department of Correction, et al.
           v. Adree Edmo, aka Mason Edmo
           No. 19-1280
           (Your No. 19-35017, 19-35019)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on May 6, 2020 and placed on the docket May 12, 2020 as No. 19-1280.

                        Sincerely,

                        **Scott S. Harris**, Clerk

                        by

                        Jeffrey Atkins
                        Deputy Clerk