(ORDER LIST: 590 U.S.)

THURSDAY, MAY 21, 2020

ORDER IN PENDING CASE

19A1038    ID DOC, ET AL. V. EDMO, ADREE

The application for stay presented to Justice Kagan and by her referred to the Court is denied.

Justice Thomas and Justice Alito would grant the application.