Lori Rifkin, Esq. (CA # 244081)
(*pro hac vice*)
Rifkin Law Office
2855 Telegraph Avenue, Suite 517
Berkeley, CA 94705
Telephone: (510) 414-4132
Email: lrifkin@rifkinlawoffice.com

Dan Stormer, Esq. (CA # 101967)
(*pro hac vice*)
Shaleen Shanbhag, Esq. (CA # 301047)
(*pro hac vice*)
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile:  (626) 577-7079
Emails: dstormer@hadsellstormer.com
             sshanbhag@hadsellstormer.com

Craig Durham (ISB # 6428)
Deborah Ferguson (ISB # 5333)
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, ID 83702
Telephone: 208-345-5183
Facsimile: 208-908-8663
Emails: chd@fergusondurham.com
             daf@fergusondurham.com

Amy Whelan, Esq. (CA # 215675)
(*pro hac vice*)
Julie Wilensky, Esq. (CA # 271765)
(*pro hac vice*)
National Center for Lesbian Rights
870 Market Street, Suite 370
San Francisco, CA 94102
Telephone: 415-365-1338
Facsimile: 415-392-8442
Email: AWhelan@NCLRights.org
             jwilensky@NCLRights.org

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ADREE EDMO (a/k/a MASON EDMO),<br><br>　　　　　Plaintiff,<br><br>v.<br><br>IDAHO DEPARTMENT OF CORRECTION; HENRY ATENCIO, in his official capacity; JEFF ZMUDA, in his official capacity; HOWARD KEITH YORDY, in his official and individual capacities; CORIZON, INC.; SCOTT ELIASON; MURRAY YOUNG; RICHARD CRAIG; RONA SIEGERT; CATHERINE WHINNERY; and DOES 1-15;<br><br>　　　　　Defendants. | Case No.: 1:17-cv-00151-BLW<br><br>**PLAINTIFF'S REQUEST FOR STATUS CONFERENCE RE COMPLIANCE WITH ORDER TO PROVIDE SURGERY**<br><br>Complaint Filed:　　April 6, 2017<br>Discovery Cut-Off:　None Set<br>Motion Cut-Off:　　None Set<br>Trial Date:　　　　None Set |

On May 21, 2020, the United States Supreme Court denied Defendants' application for a stay of this Court's order requiring Defendants to provide gender confirmation surgery to Plaintiff Adree Edmo as soon as possible. Dkt. No. 279. Defendants have represented multiple times to Plaintiff and this Court, and, most recently, in their stay application in the United States Supreme Court on May 6, 2020, that Ms. Edmo's "presurgical preparations are set to begin around the middle of June and surgery is scheduled for early July 2020." On May 21, 2020, Defendants stated in another filing with the Supreme Court that Ms. Edmo's "surgery is currently still scheduled for July 2020; however, due to complications arising from the COVID-19 pandemic with the completion of pre-surgical hair removal, it is possible that Respondent's surgery date may be moved."

Ms. Edmo has completed four of the six scheduled pre-surgical hair removal treatments. At her most recent treatment, which took place last week, she was informed by the staff performing that treatment that she likely needs only one more treatment to be ready for surgery. Plaintiff is aware of no medical reason that her surgery cannot proceed as scheduled in July 2020, and understands that medical procedures are now generally proceeding in both Idaho and Washington, where Defendants' selected surgeon is now located.

In order to ensure that Ms. Edmo will receive surgery in July 2020 in accordance with this Court's order, and all related preparations are timely made, Plaintiff requests that this Court convene a status conference as soon as possible.

Dated: May 26, 2020

Respectfully Submitted,

FERGUSON DURHAM
HADSELL STORMER RENICK & DAI LLP
NATIONAL CENTER FOR LESBIAN RIGHTS
RIFKIN LAW OFFICE

By:   /s/ - *Lori Rifkin*
           Lori Rifkin

Attorneys for Plaintiffs

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of May 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Dylan Eaton
deaton@parsonsbehle. com

J. Kevin West
kwest@parsonsbehle. com

Attorneys for Corizon Defendants

Brady James Hall
brady@melawfirm.net

Attorney for IDOC Defendants

                                                      /s/ - *Lori Rifkin*
                                                           Lori Rifkin