<u>VIDEO STATUS CONFERENCE</u>

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

Date: June 3, 2020
Judge B. Lynn Winmill          Deputy Clerk: Jamie Gearhart
Case No. 1:17-cv-151           Reporter: Tammy Hohenleitner
Place: Video by Zoom           Time: 4:11 – 4:33 p.m.

<u>ADREE EDMO v. CORIZON INCORPORATED, et al</u>

Counsel for Plaintiff: Lori Rifkin, Craig Durham, Amy Whelan, Shaleen Shanbhag, and Craig Durham

Counsel for Corizon Defendants: Dylan Eaton

Counsel for IDOC Defendants: Brady Hall

The Court held a status conference on June 3, 2020. Defendants provided a status update as to Plaintiff's gender confirmation surgery.