<u>TELEPHONIC STATUS CONFERENCE</u>

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

Date: July 1, 2020
Judge B. Lynn Winmill             Deputy Clerk: Jamie Gearhart
Case No. 1:17-cv-151              Reporter: Tammy Hohenleitner
Place: Telephonic                 Time: 9:00 – 9:28 a.m.

<u>ADREE EDMO v. CORIZON INCORPORATED, et al</u>

Counsel for Plaintiff: Lori Rifkin, Amy Whelan, Shaleen Shanbhag, and Deborah Ferguson

Counsel for Corizon Defendants: Dylan Eaton

Counsel for IDOC Defendants: Brady Hall

The Court conducted a telephonic status conference with counsel and ordered immediate COVID-19 testing and transport (see Order 290).