LAWRENCE G. WASDEN
ATTORNEY GENERAL
STATE OF IDAHO

Brady J. Hall (ISB No. 7873)
Special Deputy Attorney General
brady@melawfirm.net
*Moore Elia Kraft & Hall, LLP*
Post Office Box 6756
Boise, Idaho 83707
Telephone: (208) 336-6900
Facsimile: (208) 336-7031

*Attorneys for Defendants Idaho Department of Corrections, Henry Atencio, Jeff Zmuda, Howard Keith Yordy, Richard Craig, and Rona Siegert*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ADREE EDMO, | Case No. 1:17-cv-151-BLW |
| Plaintiff, | |
| vs. | **NOTICE OF COMPLIANCE WITH ORDER REQUIRING DEFENDATNS TO PROVIDE IMMEDIATE COVID-19 TESTING AND TRANSPORT OF PLAINTFF (DKT. 290)** |
| IDAHO DEPARTMENT OF CORRECTION; HENRY ATENCIO, in his official capacity; JEFF ZMUDA, in his official capacity; HOWARD KEITH YORDY, in his official and individual capacities; CORIZON, INC.; SCOTT ELIASON; MURRAY YOUNG; RICHARD CRAIG; RONA SIEGERT; CATHERINE WHINNERY; AND DOES 1-15; | |
| Defendants. | |

**NOTICE OF COMPLIANCE WITH ORDER REQUIRING DEFENDATNS TO PROVIDE IMMEDIATE COVID-19 TESTING AND TRANSPORT OF PLAINTFF (DKT. 290) – pg. 1**

COME NOW Defendants Idaho Department of Correction, Henry Atencio, Jeff Zmuda, Howard Keith Yordy, Richard Craig, and Rona Siegert, by and through their counsel of record, hereby give notice of compliance with Order Requiring Defendants to Provide Immediate COVID-19 Testing and Transport of Plaintiff (Dkt. 290). With the assistance of Corizon, Inc., and the Idaho Bureau of Laboratories, Plaintiff received expedited testing for COVID-19 yesterday. Further, Plaintiff was transported and secured today at Idaho Correctional Institution – Orofino (ICIO) in Orofino, Idaho.

DATED this 2nd day of July, 2020.

>*/s/ Brady J. Hall*
>Brady J. Hall
>Counsel for IDOC Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of June, 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Lori Rifkin
lrifkin@rifkinlawoffice.com
*(Counsel for Plaintiff)*

Dan Stormer
dstormer@hadsellstormer.com
Shaleen Shanberg
sshanberg@hadsellstormer.com
HADSELL STORMER & RENICK, LLP
*(Counsel for Plaintiff)*

Amy Whelan
awhelan@nclrights.org
Julie Wilensky
jwilensky@nclrights.org
NATIONAL CENTER FOR LESBIAN RIGHTS
*(Counsel for Plaintiffs)*

Craig Durham
chd@fergusondurham.com
Deborah Ferguson
daf@fergusondurham.com
FERGUSON DURHAM, PLLC
*(Counsel for Plaintiff)*

Dylan Eaton
deaton@parsonsbehle.com
J. Kevin West
kwest@parsonsbehle.com
PARSONS, BEHLE & LATIMER

*/s/ Brady J. Hall*
Brady J. Hall

**NOTICE OF COMPLIANCE WITH ORDER REQUIRING DEFENDATNS TO PROVIDE IMMEDIATE COVID-19 TESTING AND TRANSPORT OF PLAINTFF (DKT. 290)** – pg. 3