Lori Rifkin, Esq. (CA # 244081)
(*pro hac vice*)
Rifkin Law Office
3630 High Street #18917
Oakland, CA 94619
Telephone: (510) 414-4132
Email: lrifkin@rifkinlawoffice.com

Dan Stormer, Esq. (CA # 101967)
(*pro hac vice*)
Shaleen Shanbhag, Esq. (CA # 301047)
(*pro hac vice*)
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com
        sshanbhag@hadsellstormer.com

Craig Durham (ISB # 6428)
Deborah Ferguson (ISB # 5333)
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, ID 83702
Telephone: 208-345-5183
Facsimile: 208-908-8663
Emails: chd@fergusondurham.com
        daf@fergusondurham.com

Amy Whelan, Esq. (CA # 215675)
(*pro hac vice*)
Julie Wilensky, Esq. (CA # 271765)
(*pro hac vice*)
National Center for Lesbian Rights
870 Market Street, Suite 370
San Francisco, CA 94102
Telephone: 415-365-1338
Facsimile: 415-392-8442
Email: AWhelan@NCLRights.org
       jwilensky@NCLRights.org

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ADREE EDMO (a/k/a MASON EDMO),<br><br>Plaintiff,<br><br>v.<br><br>IDAHO DEPARTMENT OF CORRECTION; HENRY ATENCIO, in his official capacity; JEFF ZMUDA, in his official capacity; HOWARD KEITH YORDY, in his official and individual capacities; CORIZON, INC.; SCOTT ELIASON; MURRAY YOUNG; RICHARD CRAIG; RONA SIEGERT; CATHERINE WHINNERY; and DOES 1-15;<br><br>Defendants. | Case No.: 1:17-cv-00151-BLW<br><br>**PLAINTIFF'S MOTION TO LIFT STAY**<br><br>Complaint Filed:    April 6, 2017<br>Discovery Cut-Off:  None Set<br>Motion Cut-Off:     None Set<br>Trial Date:         None Set |

On April 17, 2020, this Court granted Defendants' motion to stay the underlying District Court litigation in this case pending resolution of Defendants' interlocutory petition to the Supreme Court of the United States for review of this Court's injunctive relief order. Dkt. 277. On October 13, 2020, the Supreme Court denied Defendants' petition for a writ of certiorari. Dkt. 294. Accordingly, Plaintiff moves this Court to lift the stay and requests a status conference so that the litigation may proceed.

Dated: December 2, 2020               Respectfully Submitted,

                                              FERGUSON DURHAM
                                              HADSELL STORMER RENICK & DAI LLP
                                              NATIONAL CENTER FOR LESBIAN RIGHTS
                                              RIFKIN LAW OFFICE

                                      By:   /s/ - *Lori Rifkin*_____
                                                    Lori Rifkin

                                              Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of December 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Dylan Eaton
deaton@parsonsbehle.com

J. Kevin West
kwest@parsonsbehle.com

Attorneys for Corizon Defendants

Brady James Hall
brady@melawfirm.net

Attorney for IDOC Defendants

                                                           /s/ - *Lori Rifkin*
                                                         Lori Rifkin