UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ADREE EDMO (a/k/a MASON EDMO),<br><br>            Plaintiff,<br><br>v.<br><br>IDAHO DEPARTMENT OF CORRECTION; JOSH TEWALT, in his official capacity; BREE DERRICK, in his official capacity; AL RAMIREZ, in his official capacity; HOWARD KEITH YORDY, in his individual capacity; CORIZON, LLC; SCOTT ELIASON; MURRAY YOUNG; RICHARD CRAIG; RONA SIEGERT; CATHERINE WHINNERY; and DOES 1-15;<br><br>            Defendants. | Case No.: 1:17-cv-00151-BLW<br><br>**ORDER RE: STIPULATION AND MOTION FOR ATTORNEYS' FEES AND COSTS** |

Currently pending before the Court is the parties' Joint Motion and Stipulation Regarding Motion for Attorneys' Fees and Costs (Dkt. 270), signed by all parties. Having considered the record and otherwise being fully advised,

**IT IS HEREBY ORDERED THAT**:

1. The parties' Joint Motion and Stipulation Regarding Motion for Attorneys' Fees and Costs is GRANTED. Because the parties are still litigating this case, and in the interest of judicial economy, Plaintiff will

not file a motion for attorneys' fees and costs, including for work performed on any appeals, until the case has concluded.

2. Defendants do not waive their rights to object to Plaintiff's entitlement to fees and costs or the reasonableness of fees and costs to be awarded.

DATED: February 2, 2021

B. Lynn Winmill
U.S. District Court Judge