Lori Rifkin, Esq. (CA # 244081)
(*pro hac vice*)
Rifkin Law Office
3630 High St., # 18197
Oakland, CA 94619
Telephone: (510) 414-4132
Email: lrifkin@rifkinlawoffice.com

Dan Stormer, Esq. (CA # 101967)
(*pro hac vice*)
Shaleen Shanbhag, Esq. (CA # 301047)
(*pro hac vice*)
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com
        sshanbhag@hadsellstormer.com

Craig Durham (ISB # 6428)
Deborah Ferguson (ISB # 5333)
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, ID 83702
Telephone: 208-345-5183
Facsimile: 208-908-8663
Emails: chd@fergusondurham.com
        daf@fergusondurham.com

Amy Whelan, Esq. (CA # 215675)
(*pro hac vice*)
Julie Wilensky, Esq. (CA # 271765)
(*pro hac vice*)
National Center for Lesbian Rights
870 Market Street, Suite 370
San Francisco, CA 94102
Telephone: 415-365-1338
Facsimile: 415-392-8442
Email: AWhelan@NCLRights.org
        jwilensky@NCLRights.org

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ADREE EDMO (a/k/a MASON EDMO),<br><br>        Plaintiff,<br><br>    v.<br><br>IDAHO DEPARTMENT OF CORRECTION, ET AL.<br><br>        Defendants. | Case No.: 1:17-cv-00151-BLW<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES AND COSTS** |

COMES NOW the Plaintiff, by and through her attorneys, and respectfully moves this Court, pursuant to Rule 54 of the Federal Rules of Civil Procedure and District of Idaho Local Civil Rules 54.1 and 54.2 to order Defendants to pay attorneys' fees and costs to the Plaintiff in the above-entitled action. This Motion is made under the authority of 42 U.S.C. § 1988.

This Motion is based upon the record herein, and the memorandum and declarations filed in support.

Respectfully Submitted this 21st day of October, 2021.

FERGUSON DURHAM
HADSELL STORMER RENICK & DAI LLP
NATIONAL CENTER FOR LESBIAN RIGHTS
RIFKIN LAW OFFICE

By:   /s/ *Amy Whelan*
      Amy Whelan
      Attorneys for Plaintiff

PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS- 1