LAWRENCE G. WASDEN
ATTORNEY GENERAL
STATE OF IDAHO

Steven R. Kraft (ISB No. 4753)
Special Deputy Attorney General
steve@melawfirm.net
Peter R. Thomas (ISB No. 9756)
peter@melawfirm.net
Moore Elia & Kraft, LLP
Post Office Box 6756
Boise, Idaho 83707
Telephone: (208) 336-6900
Facsimile: (208) 336-7031

*Counsel for Defendants-Appellants Idaho Department of Correction, Henry Atencio, Jeff Zmuda, Howard Keith Yordy, Richard Craig, and Rona Siegert*

J. Kevin West, ISB #3337
KWest@parsonsbehle.com
Dylan A. Eaton, ISB #7686
DEaton@parsonsbehle.com
Parsons, Behle & Latimer
800 W. Main Street, Suite 1300
Boise, Idaho 83702
Telephone:    (208) 562-4900
Facsimile:    (208) 562-4901

*Counsel for Defendants-Appellants Corizon, LLC and Scott Eliason*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ADREE EDMO,<br><br>       Plaintiff,<br><br>v.<br><br>IDAHO DEPARTMENT OF CORRECTION, et al.,<br><br>       Defendants. | CIVIL ACTION FILE<br><br>NO. 1:17-cv-151-BLW<br><br>**DEFENDANTS' JOINT NOTICE OF APPEAL** |

Defendants, Corizon, LLC and Scott Eliason ("Corizon Defendants"), by and through their

counsel of record, Parsons Behle & Latimer, and Defendants Idaho Department of Correction,

Henry Atencio, Jeff Zmuda, Howard Keith Yordy, Richard Craig and Rona Siegert ("IDOC Defendants"), by and through their counsel of record, Moore Elia & Kraft, LLP, appeal to the Ninth Circuit Court of Appeals from the *Memorandum Decision and Order* (Dkt. 323) entered by Judge B. Lynn Winmill of the U.S. District Court for the District of Idaho on September 30, 2022.

A Representation Statement is attached hereto pursuant to Ninth Circuit Rule 3-2.

DATED this 28th day of October, 2022.

        PARSONS BEHLE & LATIMER

        By: */s/ Dylan A. Eaton*
            Dylan A. Eaton
            Counsel for Defendants-Appellants
            Corizon, LLC and Scott Eliason

DATED this 28th day of October, 2022.

        MOORE ELIA KRAFT & HALL, LLP

        By: */s/ Steven R. Kraft*
            Steven R. Kraft
            Peter R. Thomas
            Counsel for Defendants-Appellants Idaho
            Department of Correction, Henry Atencio, Jeff
            Zmuda, Howard Keith Yordy, Richard Craig,
            and Rona Siegert

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of October, 2022, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Craig H. Durham
Deborah A. Ferguson
FERGUSON DURHAM, PLLC
chd@fergusondurham.com
daf@fergusondurham.com
*(Counsel for Plaintiff)*

Steven R. Kraft
Peter R. Thomas
MOORE ELIA & KRAFT, LLP
steve@melawfirm.net
peter@melawfirm.net
*(Counsel for Defendants Idaho Department of Correction, Henry Atencio, Jeff Zmuda, Howard Keith Yordy, Richard Craig, and Rona Siegert)*

Lori E. Rifkin
RIFKIN LAW OFFICE
lrifkin@rifkinlawoffice.com
*(Counsel for Plaintiff)*

Amy Whelan
Julie Wilensky
National Center for Lesbian Rights
awhelan@nclrights.org
jwilensky@nclrights.org
*(Counsel for Plaintiff)*

Dan Stormer
Shaleen Shanbhag
HADSELL STORMER RENICK & DAI, LLP
dstormer@hadsellstormer.com
sshanbhag@hadsellstormer.com
*(Counsel for Plaintiff)*

By: /s/ Dylan A. Eaton
     Dylan A. Eaton