## REPRESENTATION STATEMENT

The parties to this appeal are identified in the caption of the Notice of Appeal. The below list of counsel is provided pursuant to Ninth Circuit Court of Appeals Circuit Rule 3-2(b).

**Counsel for Plaintiff–Respondent** (Adree Edmo)

| | |
|---|---|
| Lori E. Rifkin | RIFKIN LAW OFFICE<br>3630 High Street, #18197<br>Oakland, CA 94619<br>Telephone: (510) 414-4132<br>lrifkin@rifkinlawoffice.com |
| Amy Whelan<br>Julie Wilensky | National Center for Lesbian Rights<br>870 Market Street, Suite 370<br>San Francisco, CA 94102<br>Telephone: (415) 365-1338<br>Facsimile: (415) 392-8442<br>awhelan@nclrights.org<br>jwilensky@nclrights.org |
| Dan Stormer<br>Shaleen Shanbhag | HADSELL STORMER RENICK & DAI, LLP<br>128 N. Fair Oaks Avenue<br>Pasadena, CA 91103<br>Telephone: (626) 585-9600<br>Facsimile: (626) 577-7079<br>dstormer@hadsellstormer.com<br>sshanbhag@hadsellstormer.com |
| Craig H. Durham<br>Deborah A. Ferguson | FERGUSON DURHAM, PLLC<br>223 N. 6th Street, Suite 235<br>Boise, ID 83702<br>Telephone: (208) 345-5183<br>Facsimile: (208) 908-8663<br>chd@fergusondurham.com<br>daf@fergusondurham.com |

**Counsel for Defendants–Appellants** (Idaho Department of Correction, Henry Atencio, Jeff Zmuda, Howard Keith Yordy, Richard Craig, and Rona Siegert)

| | |
|---|---|
| Steven R. Kraft | MOORE ELIA & KRAFT, LLP |
| Peter R. Thomas | P.O. Box 6756 |
| | Boise, ID 83707 |
| | Telephone: (208) 336-6900 |
| | Facsimile: (208) 336-7031 |
| | steve@melawfirm.net |
| | peter@melawfirm.net |

**Counsel for Defendants–Appellants** (Corizon, LLC and Scott Eliason)
*Counsel are registered for Electronic Filing in the 9th Circuit

| | |
|---|---|
| J. Kevin West* | PARSONS, BEHLE & LATIMER |
| Dylan A. Eaton* | 800 W. Main Street, Suite 1300 |
| | Boise, ID  83702 |
| | Telephone: (208) 562-4900 |
| | Facsimile: (208) 562-4901 |
| | KWest@parsonsbehle.com |
| | DEaton@parsonsbehle.com |

REPRESENTATION STATEMENT - 2
4894-4793-2475.v1