Lori Rifkin, Esq. (CA # 244081)
(*pro hac vice*)
Rifkin Law Office
3630 High St., # 18197
Oakland, CA 94619
Telephone: (510) 414-4132
Email: lrifkin@rifkinlawoffice.com

Dan Stormer, Esq. (CA # 101967)
(*pro hac vice*)
Shaleen Shanbhag, Esq. (CA # 301047)
(*pro hac vice*)
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com
          sshanbhag@hadsellstormer.com

Craig Durham (ISB # 6428)
Deborah Ferguson (ISB # 5333)
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, ID 83702
Telephone: 208-345-5183
Facsimile: 208-908-8663
Emails: chd@fergusondurham.com
          daf@fergusondurham.com

Amy Whelan, Esq. (CA # 215675)
(*pro hac vice*)
Julie Wilensky, Esq. (CA # 271765)
(*pro hac vice*)
National Center for Lesbian Rights
870 Market Street, Suite 370
San Francisco, CA 94102
Telephone: 415-365-1338
Facsimile: 415-392-8442
Email: AWhelan@NCLRights.org
          jwilensky@NCLRights.org

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| ADREE EDMO (a/k/a MASON EDMO),<br><br>Plaintiff,<br><br>v.<br><br>IDAHO DEPARTMENT OF CORRECTION; JOSH TEWALT, in his official capacity; BREE DERRICK, in his official capacity; AL RAMIREZ, in his official capacity; HOWARD KEITH YORDY, in his individual capacity; CORIZON, LLC; SCOTT ELIASON; MURRAY CRAIG; RONA SIEGERT; CATHERINE WHINNERY; and DOES 1-15;<br>Defendants. | Case No.: 1:17-cv-00151-BLW<br><br>**ABSTRACT OF JUDGMENT** |

### UNITED STATES OF AMERICA CLERK'S OFFICE, BOISE, IDAHO
### U.S. DISTRICT COURT FOR THE DISTRICT OF IDAHO

### ABSTRACT OF JUDGMENT

On September 30, 2022, in Case No. 1:17-cv-00151-BLW, the District Court entered Judgment for Plaintiff Adree Edmo for $2,586,048.80 in attorneys' fees and $45,544.20 in litigation expenses against Defendants IDAHO DEPARTMENT OF CORRECTION; JOSH TEWALT, in his official capacity; BREE DERRICK, in his official capacity; AL RAMIREZ, in his official capacity; HOWARD KEITH YORDY, in his individual capacity; CORIZON, LLC; SCOTT ELIASON; MURRAY CRAIG; RONA SIEGERT; and CATHERINE WHINNERY. Said Judgment of $2,631,593 is duly subject to the provisions of 28 U.S. Code Section 1961.

I certify that the foregoing is a correct Abstract of Judgment rendered in said action, in said Court, as it appears by my docket now in my possession.

Dated at Boise, Idaho, this 2nd day of November, 2022.

STEPHEN W. KENYON, CLERK

By _Anne Capius_
   Deputy Clerk

1