Lori Rifkin, Esq. (CA # 244081)
(*pro hac vice*)
Rifkin Law Office
3630 High St., # 18197
Oakland, CA 94619
Telephone: (510) 414-4132
Email: lrifkin@rifkinlawoffice.com

Dan Stormer, Esq. (CA # 101967)
(*pro hac vice*)
Shaleen Shanbhag, Esq. (CA # 301047)
(*pro hac vice*)
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com
         sshanbhag@hadsellstormer.com

Craig Durham (ISB # 6428)
Deborah Ferguson (ISB # 5333)
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, ID 83702
Telephone: 208-345-5183
Facsimile: 208-908-8663
Emails: chd@fergusondurham.com
         daf@fergusondurham.com

Amy Whelan, Esq. (CA # 215675)
(*pro hac vice*)
Julie Wilensky, Esq. (CA # 271765)
(*pro hac vice*)
National Center for Lesbian Rights
870 Market Street, Suite 370
San Francisco, CA 94102
Telephone: 415-365-1338
Facsimile: 415-392-8442
Email: AWhelan@NCLRights.org
         jwilensky@NCLRights.org

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ADREE EDMO (a/k/a MASON EDMO),<br><br>        Plaintiff,<br><br>v.<br><br>IDAHO DEPARTMENT OF CORRECTION; JOSH TEWALT, in his official capacity; BREE DERRICK, in her official capacity; AL RAMIREZ, in his official capacity; HOWARD KEITH YORDY, in his individual capacity; CORIZON, LLC; SCOTT ELIASON; MURRAY CRAIG; RONA SIEGERT; CATHERINE WHINNERY; and DOES 1-15;<br>        Defendants. | Case No.: 1:17-cv-00151-BLW<br><br>**MOTION FOR ISSUANCE OF WRIT OF EXECUTION** |

Plaintiff, by and through counsel, hereby requests the Clerk of the Court to execute the attached Writ of Execution pursuant to Fed. R. Civ. P. 62, 64, and 69. A Judgment was entered by the Court on September 30, 2022. Under Fed R. Civ. P. 62 and Idaho District Court Local Civ. Rule 62.1(c), execution may occur after 30 days from entry of a judgment unless a supersedeas bond has been posted. No bond has been posted and no payments have been made.

This motion is based on the Court's record, the attached declaration of counsel, and the attached proposed Writ of Execution.

Dated: November 2, 2022                    Respectfully Submitted,

                                                  FERGUSON DURHAM
                                                  HADSELL STORMER RENICK & DAI LLP
                                                  NATIONAL CENTER FOR LESBIAN RIGHTS
                                                  RIFKIN LAW OFFICE

                                                  By:   /s/ *Lori Rifkin*
                                                        Lori Rifkin
                                                        Attorneys for Plaintiff