Lori Rifkin, Esq. (CA # 244081)
(*pro hac vice*)
Rifkin Law Office
3630 High St., # 18197
Oakland, CA 94619
Telephone: (510) 414-4132
Email: lrifkin@rifkinlawoffice.com

Dan Stormer, Esq. (CA # 101967)
(*pro hac vice*)
Shaleen Shanbhag, Esq. (CA # 301047)
(*pro hac vice*)
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com
         sshanbhag@hadsellstormer.com

Craig Durham (ISB # 6428)
Deborah Ferguson (ISB # 5333)
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, ID 83702
Telephone: 208-345-5183
Facsimile: 208-908-8663
Emails: chd@fergusondurham.com
         daf@fergusondurham.com

Amy Whelan, Esq. (CA # 215675)
(*pro hac vice*)
Julie Wilensky, Esq. (CA # 271765)
(*pro hac vice*)
National Center for Lesbian Rights
870 Market Street, Suite 370
San Francisco, CA 94102
Telephone: 415-365-1338
Facsimile: 415-392-8442
Email: AWhelan@NCLRights.org
        jwilensky@NCLRights.org

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ADREE EDMO (a/k/a MASON EDMO),<br><br>   Plaintiff,<br><br>v.<br><br>IDAHO DEPARTMENT OF CORRECTION; JOSH TEWALT, in his official capacity; BREE DERRICK, in her official capacity; AL RAMIREZ, in his official capacity; HOWARD KEITH YORDY, in his individual capacity; CORIZON, LLC; SCOTT ELIASON; MURRAY CRAIG; RONA SIEGERT; CATHERINE WHINNERY; and DOES 1-15;<br>   Defendants. | Case No.: 1:17-cv-00151-BLW<br><br>**WRIT OF EXECUTION** |

On September 30, 2022, in Case No. 1:17-cv-00151-BLW, the District Court entered Judgment for Plaintiff Adree Edmo for $2,586,048.80 in attorneys' fees and $45,544.20 in litigation expenses against Defendants IDAHO DEPARTMENT OF CORRECTION; JOSH TEWALT, in his official capacity; BREE DERRICK, in his official capacity; AL RAMIREZ, in his official capacity; HOWARD KEITH YORDY, in his individual capacity; CORIZON, LLC; SCOTT ELIASON; MURRAY CRAIG; RONA SIEGERT; and CATHERINE WHINNERY. Said Judgment of $2,631,593 is duly subject to the provisions of 28 U.S. Code Section 1961.

>   Total Sum of Judgment: $2,631,593
>   Amount(s) paid by Defendant(s):  $0.00
>   Plus accruing costs: $11.00
>   Plus accrued interest: $9707.33
>   **TOTAL AMOUNT NOW DUE AND OWING: $2,641,311.33**

The above-listed Defendants are required to satisfy the judgment, with post-judgment interest accruing at the legal rates and accruing costs, out of the property (goods, chattels, lands or tenements) of Defendants, and make return of this writ within ninety (90) days after receipt of this writ.

Dated at Boise, Idaho, this 22nd day of November, 2022.



STEPHEN W. KENYON, CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

By:  /s/ Kelly Montgomery