Lori Rifkin, Esq. (CA # 244081)
(*pro hac vice*)
Rifkin Law Office
3630 High St., # 18197
Oakland, CA 94619
Telephone: (510) 414-4132
Email: lrifkin@rifkinlawoffice.com

Dan Stormer, Esq. (CA # 101967)
*(pro hac vice)*
Shaleen Shanbhag, Esq. (CA # 301047)
*(pro hac vice)*
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com
        sshanbhag@hadsellstormer.com

Craig Durham (ISB # 6428)
Deborah Ferguson (ISB # 5333)
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, ID 83702
Telephone: 208-345-5183
Facsimile: 208-908-8663
Emails: chd@fergusondurham.com
        daf@fergusondurham.com

Amy Whelan, Esq. (CA # 215675)
(*pro hac vice*)
National Center for Lesbian Rights
870 Market Street, Suite 370
San Francisco, CA 94102
Telephone: 415-365-1338
Facsimile: 415-392-8442
Email: AWhelan@NCLRights.org

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ADREE EDMO (a/k/a MASON EDMO),<br><br>    Plaintiff,<br><br>  v.<br><br>IDAHO DEPARTMENT OF CORRECTION; JOSH TEWALT, in his official capacity; BREE DERRICK, in her official capacity; AL RAMIREZ, in his official capacity; CORIZON, LLC; and SCOTT ELIASON;<br>    Defendants. | Case No.: 1:17-cv-00151-BLW<br><br>**AMENDED ABSTRACT OF JUDGMENT** |

UNITED STATES OF AMERICA CLERK'S OFFICE, BOISE, IDAHO
U.S. DISTRICT COURT FOR THE DISTRICT OF IDAHO

ABSTRACT OF JUDGMENT

On September 30, 2022, in Case No. 1:17-cv-00151-BLW, the District Court entered Judgment for Plaintiff Adree Edmo for $2,586,048.80 in attorneys' fees and $45,544.20 in litigation expenses against Defendants IDAHO DEPARTMENT OF CORRECTION; JOSH TEWALT, in his official capacity; BREE DERRICK, in her official capacity; AL RAMIREZ, in his official capacity; CORIZON, LLC; and SCOTT ELIASON.  Said Judgment of $2,631,593 is duly subject to the provisions of 28 U.S. Code Section 1961.

I certify that the foregoing is a correct Abstract of Judgment rendered in said action, in said Court, as it appears by my docket now in my possession.

Dated at Boise, Idaho, this 28th day of November, 2022.



United States Courts
District of Idaho
ISSUED
Kelly Montgomery
on Nov 28, 2022 12:05 pm

STEPHEN W. KENYON, CLERK

By /s/ Kelly Montgomery
       Deputy Clerk

1